**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANTHONY BRASWELL,<br>*Petitioner,*<br>v.<br>SUPERINTENDENT THOMAS SOKALOSKI, *et al.*,<br>*Respondents.* | CIVIL ACTION<br>NO. 24-826 |

**ORDER**

**AND NOW**, this 2nd day of November, 2026, upon careful consideration of the Report and Recommendation filed by United States Magistrate Judge José Raúl Arteaga, (Dkt. No. 45), and it appearing that neither Petitioner nor the Respondents have objected to the report,[1] it is hereby ORDERED that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;
2. Anthony Braswell's Petition for Writ of *Habeas Corpus* is **DENIED** and **DISMISSED with prejudice**;
3. No certificate of appealability shall issue and
4. The Clerk of Court shall mark this case as **CLOSED**.

BY THE COURT:

***/s/ Gerald J. Pappert***
GERALD J. PAPPERT, J.

---

[1] When no objection is made to a Report and Recommendation, the Court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee notes; *see also Oldrati v. Apfel*, 33 F. Supp. 2d 397, 399 (E.D. Pa. 1998). No clear error appears on the face of the record, and the Court accordingly accepts Judge Arteaga's Recommendation.